```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
WENCILIO ADEVA, individually and
on behalf of all other persons                    07 cv 6983
similarly situated,

                Plaintiffs,
                                                  NOTICE OF
       -against-                                  APPEARANCE

INTERTEK GROUP, PIC and CALEB
BRETT, INC., jointly and severally

                Defendants.
-----------------------------------X
```

Notice is hereby given of the appearance of the undersigned as additional counsel for Plaintiff WENCILIO ADEVA, in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

> Justin A. Zeller, Esq.
> The Law Office of Justin A. Zeller, P.C.
> 251 West 14th Street, 5th Floor
> New York, NY 10011
> Tel: (212) 860-9169
> Fax: (917) 421-9387

Dated: New York, New York
August 15, 2007

> Respectfully submitted,
>
> **THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.**
>
> By: /s/ Justin A. Zeller
> Justin A. Zeller (JZ 7094)