**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENCILLIO ADEVA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff(s) Petitioner(s)<br><br>- against -<br><br>INTERTEK GROUP, PLC AND CALEB BRETT, INC., JOINTLY AND SEVERALLY<br><br>Defendant(s) Respondent(s) | INDEX #:<br>07 CIV 6973<br>DATE FILED:<br>08/03/2007<br><br>JUDGE:<br>BERMAN |

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 08/08/2007, 02:15PM at 1000 PORT CARTERET DRIVE, CARTERET NJ, deponent served the within
SUMMONS IN A CIVIL ACTION & COMPLAINT & JURY DEMAND & COPY OF INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN & MAGISTRATE JUDGE THEODORE H. KATZ
on CALEB BRETT, INC., a defendant in the above action.

By delivering to and leaving with WILLIAM J. CHEREPON at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M    Approximate age 58    Approximate height 6'00"    Approximate weight 200    Color of skin WHITE    Color of hair BALDING GRAY/WHITE    Other GLASSES

_Tony Conigliaro_
TONY CONIGLIARO

Sworn to before me on 08/08/2007
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

( ) -

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726