UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Sharon P. Margello (SM 4852)
OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
10 Madison Avenue, Suite 402
Morristown, New Jersey 07960
(973) 656-1600
Attorneys for Defendant
Intertek USA Inc., erroneously
identified as Caleb Brett, Inc.

---

| | |
|---|---|
| WENCILIO ADEVA, individually and on behalf of all other persons similarly situated, | Hon. Richard M. Berman<br>Civ. Action No. 07-cv-6973 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| INTERTEK GROUP, PIC and CALEB BRETT, INC., jointly and severally, | |
| Defendants. | |

**PLEASE TAKE NOTICE**, that I have been retained by Intertek USA Inc., erroneously identified as Caleb Brett, Inc., the above Defendant. I was admitted to practice in this District in 1981.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Attorneys for Defendant


By: /s/ Sharon P. Margello
    Sharon P. Margello (SM 4852)

Dated: August 28, 2007

5168482.1 (OGLETREE)