## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

Sharon P. Margello (SM 4852)
OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
10 Madison Avenue, Suite 402
Morristown, New Jersey 07960
(973) 656-1600
Attorneys for Defendant
Intertek USA Inc., erroneously
identified as Caleb Brett, Inc.

---

| | | |
|---|---|---|
| WENCILIO ADEVA, individually and on behalf of all other persons similarly situated, | : : : | Hon. Richard M. Berman<br>Civ. Action No. 07-cv-6973 |
| Plaintiff, | : | |
| v. | : : | **RULE 7.1 CORPORATE** |
| INTERTEK GROUP, PIC and CALEB BRETT, INC., jointly and severally, | : : : | **DISCLOSURE STATEMENT** |
| Defendants. | : | |

---

Pursuant to Fed.R.Civ.P. Rule 7.1, the undersigned counsel hereby advises the Court that Testings Holdings USA Inc. is the parent corporation of Defendant Intertek USA Inc.

                                    OGLETREE, DEAKINS, NASH,
                                    SMOAK & STEWART, P.C.
                                    Attorneys for Defendant

                                    By:   /Sharon P. Margello
                                          Sharon P. Margello

Dated:  August 28, 2007

5168454.1 (OGLETREE)