```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

WENCILIO ADEVA, individually and on behalf of all other persons similarly situated,

Plaintiff,

v.

INTERTEK GROUP, PlC and CALEB BRETT, INC., jointly and severally.

Defendants.

Hon. Richard M. Berman, U.S.D.J.
Case No. 07-CIV-6973

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND

---

Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys for defendants Intertek Group, PLC and Intertek USA Inc., erroneously identified as, Caleb Brett, Inc., and Berger & Gottlieb, attorneys for plaintiff Wencilio Adeva, do hereby stipulate and agree that the time by which defendant Intertek Group, PLC must serve an Answer or otherwise respond to plaintiff's Complaint in the above-captioned matter is extended by 14 days, up to and including September 20, 2007. This is defendant Intertek Group, PLC's first extension request.

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
Attorneys for Defendants
Intertek Group, PlC and
Intertek USA Inc., erroneously
identified as Caleb Brett, Inc.

By: _____
Sharon P. Margello, Esq.

Dated: September 6, 2007

BERGER & GOTTLIEB
Attorneys for Plaintiff Wencilio Adeva

By: _____
Jeffrey M. Gottlieb, Esq.

Dated: September 6, 2007

IT IS SO ORDERED.

RMB
_____
Hon. Richard M. Berman, U.S.D.J.
9/7/07