UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**Adeva**
             Plaintiff(s),

- v -

**Intertek Group**
             Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

_07_ CV. _6973_ (RMB)

    The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by _____

(ii)    Amend the pleadings by _10/31/07 to make "final" amendments to respond to Def's 9/6/07 letter_

(iii)   All discovery to be **expeditiously** completed by _2/4/08 (Fact + Expert)_

(iv)   Consent to Proceed before Magistrate Judge _____

(v)    Status of settlement discussions _2/11/08 @ 9:00 AM w/ the principals_

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions _See Court's Rules re: Motions_

(vii)   Oral Argument _____

(viii)  Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _Take up pre-trial issues with magistrate judge Katz_

SO ORDERED: New York, New York
                   10/9/07

_RMB_
Hon. Richard M. Berman, U.S.D.J.