UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WENCILIO ADEVA, individually and
on behalf of all other persons similarly situated,

                Plaintiffs,

-against-

INTERTEK GROUP, PlC and CALEB
BRETT, INC., jointly and severally

                Defendants.
------------------------------------------------------------X

Hon. Richard M. Berman
Civ. Action No. 07 cv 6973

### JOINT STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff WENCILIO ADEVA and Defendants INTERTEK GROUP, PlC and CALEB BRETT, INC., by and through the undersigned counsel and request that this Court dismiss the above-captioned without prejudice, with each party to bear its own fees and costs.

RESPECTFULLY SUBMITTED, this 30th day of October 2007.

| | |
|---|---|
| THE LAW OFFICE OF<br>JUSTIN A. ZELLER, P.C.<br>Counsel for Plaintiff<br>251 West 14th Street, 5th Floor<br>New York, NY 10011<br>(212) 229-2249<br><br>By: _____<br>Justin A. Zeller, Esq.<br>JZ 7094 | OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.<br>Counsel for Defendants<br>10 Madison Avenue, Suite 402<br>Morristown, NJ 07960<br>(973) 656-1600<br><br>By: _____<br>Richard C. Mariani, Esq.<br>RM 6568 |

SO ORDERED:
_RMB_____
U.S.D.J
11/1/07

Richard M. Berman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/07